In the Matter of the Claim of J. HOSPERS, *v.* J. HUNGER-FORD SMITH COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — when award properly made for death of traveling salesman who, though hired in this state, resided and was employed wholly without the state and was killed in automobile accident outside of this state.*

*Hospers* v. *Smith Co.*, 194 App. Div. 945, affirmed.

(Argued January 11, 1921; decided March 1, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1920, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant's son received injuries which resulted in his death. He resided at Sheldon, Iowa, and was employed as a traveling salesman by the employer herein, a corporation engaged in the business of manufacturing fruits, syrups and soda fountain sundries, with

a plant and principal place of business at Rochester, N. Y. The contract of employment, the preliminary conversations concerning which were had in Sheldon, Iowa, was finally arranged at Rochester. Deceased was engaged to cover Iowa and neighboring territory. For several days immediately following his employment he stayed at Rochester, " getting acquainted with the products, how to sell them, discounts and the way we expect our salesmen to work." After this period of instruction he never resided or worked in New York. He received the injuries which resulted in his death when an automobile in which he was riding skidded and turned over, on a highway between Moberly and Paris, Mo. Defendants contended that the Workmen's - Compensation Law had no extra territorial application under the facts herein set forth.

*E. C. Sherwood, Clarence S. Zipp* and *Benjamin C. Loder* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.